IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAN NEWHALL,                              )
                                           )    2:11-cv-00579-GEB-KJN
                    Plaintiff,             )
                                           )
              v.                           )    STATUS (PRETRIAL SCHEDULING)
                                           )    ORDER
CITY OF LODI, LODI POLICE                  )
DEPARTMENT, OFFICER K. KENT,               )
SERGEANT D. GRIFFIN, OFFICER S.            )
DAVIDSON, OFFICER E. AMBRIZ,               )
OFFICER K. SCHADLER, OFFICER N.            )
SAREERAM,                                  )
                                           )
                    Defendants.            )
_____    )

          The status (pretrial scheduling) conference scheduled for
hearing on August 1, 2011, is vacated since the parties' Joint Status
Report filed on June 21, 2011 ("JSR") indicates the following Order
should issue.

                SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

          No further service, joinder of parties or amendments to
pleadings is permitted, except with leave of Court for good cause shown.

                              DISCOVERY

          All discovery shall be completed by October 17, 2012. In this
context, "completed" means that all discovery shall have been conducted
so that all depositions have been taken and any disputes relative to
discovery shall have been resolved by appropriate orders, if necessary,

1 and, where discovery has been ordered, the order has been complied with

2 or, alternatively, the time allowed for such compliance shall have

3 expired.

4       Each party shall comply with Federal Rule of Civil Procedure

5 26(a)(2)(c)(i)'s initial expert witness disclosure requirements on or

6 before May 17, 2012, and any contradictory and/or rebuttal expert

7 disclosure authorized under Rule 26(a)(2)(c)(ii) on or before June 18,

8 2012.

9                 MOTION HEARING SCHEDULE

10       The last hearing date for motions shall be December 17, 2012,

11 at 9:00 a.m.[1]

12       Motions shall be filed in accordance with Local Rule 230(b).

13 Opposition papers shall be filed in accordance with Local Rule 230(c).

14 **Failure to comply with this local rule may be deemed consent to the**

15 **motion and the Court may dispose of the motion summarily.** Brydges v.

16 Lewis, 18 F.3d 651, 652-53 (9th Cir. 1994).  Further, failure to timely

17 oppose a summary judgment motion may result in the granting of that

18 motion if the movant shifts the burden to the nonmovant to demonstrate

19 a genuine issue of material fact remains for trial. Cf. Marshall v.

20 Gates, 44 F.3d 722 (9th Cir. 1995).

21       The parties are cautioned that an untimely motion

22 characterized as a motion in limine may be summarily denied.  A motion

23 in limine addresses the admissibility of evidence.

24 ///

25 ///

26

27

28     [1]    This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

<u>FINAL PRETRIAL CONFERENCE</u>

The final pretrial conference is set for February 25, 2013, at 1:30 p.m.  The parties are cautioned that the lead attorney who WILL TRY THE CASE for each party shall attend the final pretrial conference.  In addition, all persons representing themselves and appearing <u>in propria persona</u> must attend the pretrial conference.

The parties are warned that **non-trial worthy issues could be eliminated *sua sponte*** "[i]f the pretrial conference discloses that no material facts are in dispute and that the undisputed facts entitle one of the parties to judgment as a matter of law."  <u>Portsmouth Square v. S'holders Protective Comm.</u>, 770 F.2d 866, 869 (9th Cir. 1985).

The parties shall file a **JOINT** pretrial statement no later than seven (7) calendar days prior to the final pretrial conference.[2] The joint pretrial statement shall specify the issues for trial, including a description of each theory of liability and affirmative defense, and shall estimate the length of the trial.[3]  The Court uses the parties' joint pretrial statement to prepare its final pretrial order and could issue the final pretrial order without holding the scheduled final pretrial conference.  See <u>Mizwicki v. Helwig</u>, 196 F.3d 828, 833 (7th Cir. 1999) ("There is no requirement that the court hold a pretrial conference.").

---

[2]   The failure of one or more of the parties to participate in the preparation of any joint document required to be filed in this case does not excuse the other parties from their obligation to timely file the document in accordance with this Order.  In the event a party fails to participate as ordered, the party or parties timely submitting the document shall include a declaration explaining why they were unable to obtain the cooperation of the other party.

[3]   If a trial by jury has been preserved, the joint pretrial statement shall also state how much time each party desires for voir dire, opening statements, and closing arguments.

3

1    If possible, at the time of filing the joint pretrial

2 statement counsel shall also email it in a format compatible with

3 WordPerfect to: geborders@caed.uscourts.gov.

4                          TRIAL SETTING

5    Trial shall commence at 9:00 a.m. on May 21, 2013.

6    IT IS SO ORDERED.

7 Dated:  July 21, 2011

8

9    _____

   GARLAND E. BURRELL, JR.

10    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28